**Order entered June 19, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00501-CV

### IN THE INTEREST OF A.H.J., A.H. AND A.H., CHILDREN

**On Appeal from the County Court At Law No. 1**
**Kaufman County, Texas**
**Trial Court Cause No. 87976CC**

## ORDER

We **GRANT** the Texas Department of Family and Protective Services' June 18, 2015 motion for extension of time to file appellee's brief and **ORDER** the brief be filed no later than July 7, 2015.  Because this is an accelerated appeal in a parental termination case, no further extensions will be granted absent exigent circumstances.

/s/    ROBERT M. FILLMORE
       PRESIDING JUSTICE